**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIANNE HEIGL, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>    v.<br><br>WASTE MANAGEMENT OF NEW YORK, LLC,<br><br>                            Defendant. | Civil Action No. 1:19-cv-05487-WFK-ST |

**NOTICE OF MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 6, 2021 at 2:00 p.m. before the Honorable Steven L. Tiscione, United States Magistrate Judge for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Plaintiff Julianne Heigl ("Plaintiff"), by and through Class Counsel will move and hereby does move for an order: (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon: (1) the accompanying Memorandum of Law, (2) the Declaration Philip L. Fraietta, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), and (3) the Declaration of Settlement Administrator and the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby requests oral argument.

* * *

A Proposed Final Judgment and Order of Dismissal with Prejudice is submitted herewith.

Dated: December 21, 2020          Respectfully submitted,

By:    */s/ Philip L. Fraietta*
       Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Frederick J. Klorczyk III
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: fklorczyk@bursor.com

*Class Counsel*

2